**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00219-CR

**ANDREW SCOTT LOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-40454-M**

## ORDER

The Court **GRANTS** appellant's June 22, 2014 motion to file an amended brief. We

**ORDER** the amended brief received on June 22, 2014 filed as of the date of this order.

We **STRIKE** the appellant's brief filed on January 2, 2014.

The State shall file an amended brief responding to appellant's amended brief within

**THIRTY DAYS** of the date of this order.

/s/     DAVID EVANS
JUSTICE